UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARTIN SANCHEZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-07-176 |
| | § | |
| DAN JOSLIN, | § | |
| | § | |
| Respondent. | § | |

# ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
## TO GRANT RESPONDENT'S MOTION TO DISMISS

On October 4, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that respondent's motion to dismiss (D.E. 22) be granted. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that respondent's motion to dismiss is granted.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 13th day of December, 2007.

_____
Janis Graham Jack
United States District Judge